IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00664-D

| | |
|---|---|
| KHOSRO NESHAT and MAHASTI NESHAT, <br><br> Plaintiffs <br><br> v. <br><br> NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

This matter came on before the undersigned on Defendant Nationwide Mutual Fire Insurance Company's motion to stay proceedings pending conclusion of an appraisal proceeding. [DE 27] The Court has also considered a subsequent filing by the parties wherein Plaintiffs consent to the Stay and the parties enter into certain stipulations regarding discovery, should the controversy not conclude with the appraisal decision.

For good cause shown and in the interests of judicial economy, the Defendant's motion to stay is ALLOWED. Further proceedings in this case are hereby STAYED until completion of the parties' appraisal process. The parties shall file status updates regarding appraisal with the Court every three months after the entry of this Order. The Court ADOPTS the stipulations proposed by the parties in their Joint Stipulation Regarding Discovery [DE 29].

SO ORDERED, this the 22 day of December, 2021.

James C. Dever III
United States District Judge